UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| MICHAEL RAGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FARFETCH LIMITED, JOSÉ NEVES, ELLIOT JORDAN, and STEPHANIE PHAIR,<br><br>Defendants. | Case No. 8:23-cv-02857 |

## MOTION FOR ADMISSION PRO HAC VICE

I, Richard Frohlichstein, am a member in good standing of the bar of this Court. I am moving the admission of Jeff G. Hammel to appear pro hac vice in this case as counsel for Defendants Farfetch Limited, José Neves, Elliot Jordan, and Stephanie Phair.

We certify that:

1. The proposed admittee states that he is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee states that he is a member in good standing of the bars of the State Courts and United States Courts set forth in Attachment A.

3. During the twelve months immediately preceding this motion, the proposed admittee states that he has not been admitted pro hac vice in this Court.

4. The proposed admittee states that he has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

1

5. The proposed admittee states that he is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee states that he understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. The $100.00 fee for admission pro hac vice accompanies this motion.

9. We hereby certify under penalties of perjury that each of our foregoing statements are true and correct.

Dated: November 28, 2023

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *(signature)* | */s/Jeff G. Hammel* |
| Richard Frohlichstein (Md. Bar No. 21927) | Jeff G. Hammel |
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| 555 Eleventh Street, NW | 1271 Avenue of the Americas |
| Suite 1000 | New York, NY 10020 |
| Washington, DC 20004-1304 | Telephone: (212) 906-1200 |
| Telephone: (212) 637-2200 | Facsimile: (212) 751-4864 |
| Facsimile: (212) 637-2201 | jeff.hammel@lw.com |
| richard.frohlichstein@lw.com | |

## Attachment A – Jeff G. Hammel Court Admissions

| | |
|---|---|
| U.S. Court of Appeals for the 1st Circuit | 26 July 2004 |
| U.S. Court of Appeals for the 2nd Circuit | 25 April 2008 |
| U.S. Court of Appeals for the 5th Circuit | 21 June 2013 |
| U.S. Court of Appeals for the 6th Circuit | 19 October 2017 |
| U.S. Court of Appeals for the 9th Circuit | 23 February 2016 |
| U.S. Court of Appeals for the D.C. Circuit | 19 November 2004 |
| U.S. District Court - Eastern District of Michigan | 09 March 2011 |
| U.S. District Court - Eastern District of New York | 25 June 1997 |
| U.S. District Court - Southern District of New York | 17 September 1997 |
| U.S. District Court - Western District of New York | 24 October 2002 |
| New York State Appellate Division, 2nd Judicial Dept | 21 May 1997 |